UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60017-CIV-COHN/STRAUSS

LISETTE SIPLE,

    Plaintiff,

vs.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.
_____/

**ORDER SETTING CALENDAR CALL, TRIAL DATE, AND PRETRIAL DEADLINES
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR
<u>PRETRIAL DISCOVERY MATTERS</u>**

    **THIS CAUSE** is before the Court upon Defendant's Notice of Removal ("Notice"). DE 1.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The above-entitled cause is hereby set for trial before the Honorable James I. Cohn, United States District Judge, at United States District Court at 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, during the **two-week trial period** commencing **July 5, 2022**, at 9:00 a.m., or as soon thereafter as the case may be called.

    2.    The Calendar Call will be held on **June 30, 2022**, at 9:00 a.m.

    3.    Discovery shall commence upon service of the Complaint, as no Scheduling Conference will be held in this case.

    4.    Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is **REFERRED** to United

States Magistrate Jared M. Strauss for appropriate disposition of all pro hac vice motions, and all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations.  This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

5. The following pretrial deadlines shall apply in this case:

| Deadline | Date |
|---|---|
| Joinder of parties and Amendment of Pleadings | March 4, 2022 |
| Discovery cutoff | April 4, 2022 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | April 27, 2022 |
| Mediation Completed | May 27, 2022 |
| Motions in Limine | June 15, 2022 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | June 24, 2022 |
| Proposed Jury Instructions, voir dire questions, and any Counter-designations and Objections to Deposition Designations | Calendar Call |

6. Proposed jury instructions with substantive charges and defenses, as well as verdict forms, shall be in typed form and emailed to the Court.  To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which the instruction is modeled.  All other instructions shall include citations to relevant

supporting case law.

7. Prior to trial, the parties shall submit to the Court a typed list of proposed witnesses and/or exhibits. The parties shall provide the lists in a format substantially similar to that of Form AO 187, available at

http://www.uscourts.gov/FormsAndFees/Forms/CourtForms.aspx

All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 4th day of January, 2022.

JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Jared Strauss
counsel of record listed on CM/ECF